FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 DEC 14 PM 3:56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**KIMBERLY BAKER,**
on her own behalf,

   **Plaintiff,**

vs.               CASE NO. 3:11-cv-1086-J-20JBT

**PHYSICIANS CHOICE REPIRATORY
SERVICES, INC., a Florida profit corporation,
and STEVE MAMANGAKIS, individually,**

   **Defendants.**
_____/

## ORDER

  **THIS CAUSE** is before this Court on Plaintiff's Notice of Dismissal of Claims Without Prejudice (Doc. 5, filed December 8, 2011). In the instant notice, Plaintiff seeks to voluntarily dismiss the current action without prejudice.

  Accordingly, it is **ORDERED**:

  1. Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, this action is **DISMISSED without prejudice;**

  2. The Clerk of the Court is directed to terminate all pending motions and **CLOSE** this case.

  **DONE AND ORDERED** at Jacksonville, Florida, this ___ day of December, 2011.

            HARVEY E. SCHLESINGER
            UNITED STATES DISTRICT JUDGE

Copies to:
Stacey Schulman, Esq.