UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**KIMBERLY BAKER,**
**on her own behalf,**

    **Plaintiff,**

vs.     CASE NO. 3:11-cv-1086-J-20JBT

**PHYSICIANS CHOICE REPIRATORY**
**SERVICES, INC., a Florida profit corporation,**
**and STEVE MAMANGAKIS, individually,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before this Court on Plaintiff's Notice of Dismissal of Claims Without Prejudice (Doc. 5, filed December 8, 2011). In the instant notice, Plaintiff seeks to voluntarily dismiss the current action without prejudice.

Accordingly, it is **ORDERED**:

1. Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, this action is **DISMISSED without prejudice;**

2. The Clerk of the Court is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of December, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Stacey Schulman, Esq.